IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM L. ENDLER,                    )
            Plaintiff,                )
                                      )
      vs.                             )        Civil Action No. 10-493
                                      )
COMMISSIONER OF SOCIAL                )
SECURITY,                             )
            Defendant.                )

ORDER

AND NOW, this 29th day of November, 2010, after the plaintiff, William L.

Endler, filed an action in the above-captioned case seeking review of the Social Security

Commissioner's final determination disallowing his claim for supplemental security income

benefits, and after cross motions for summary judgment were submitted by the parties, and after a

Report and Recommendation was filed by the United States Magistrate Judge granting the parties

a period of time after being served with a copy to file written objections thereto, and upon

consideration of the objections filed by the plaintiff, and upon independent review of the motions

and the record, and upon consideration of the Magistrate Judge's Report and Recommendation

(Docket No. 17), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 10)

is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment

(Docket No. 12) is granted and the decision of the Social Security Commissioner is affirmed.

_____
Arthur J. Schwab
United States District Judge